**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01907-WJM-MLC

TYELER COOPER, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NOBLE CASING, INC.,

    Defendant.

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs and Defendant (collectively, the "Parties") file this Joint Motion to Amend Scheduling Order and pursuant to the Court's October 27, 2017 Order (ECF 126) request the Court amend the scheduling order to reflect the following deadlines:

- Affirmative expert disclosures: January 10, 2018
- Rebuttal expert disclosures: February 12, 2018
- Discovery deadline: June 11, 2018
- Deadline to file motion for decertification of FLSA conditionally certified class: July 12, 2018
- Deadline to file dispositive motions: August 1, 2018

1.  The Parties agree any remaining deadlines and discovery limitations contained in the Scheduling Order will stay in effect.

2. The Parties agree the above proposed amendments to the Scheduling Order set forth their proposal with regard to the best path forward to a speedy and just resolution of these matters.

3. No trial date has been set, and neither the Parties nor the Court will be prejudiced by the proposed amendments to the Scheduling Order. Instead, the amendments will allow the Parties to engage in necessary discovery given the Court's Order defining the collective action in this matter. (ECF 126.)

4. In compliance with D.C.COLO.LCivR 6.1(E), the undersigned counsel hereby certify a copy of this pleading will be served simultaneously on their respective clients.

WHEREFORE, the Parties request this Court amend the Scheduling Order to reflect the above deadlines. A proposed Order is submitted herewith.

Respectfully submitted this 30th day of November, 2017.

| | |
|---|---|
| /s/ *Jack Siegel* | /s/ Michelle Muhlheisen[1] |
| **J. DEREK BRAZIEL** | **AUSTIN E. SMITH** |
| *Co-Attorney in Charge* | **DAVID L. ZWISLER** |
| Texas Bar No. 00793380 | MICHELLE B. MUHLEISEN |
| TRAVIS GASPER | Ogletree, Deakins, Nash, Smoak |
| Texas Bar No. 24096881 | & Stewart, P.C. |
| Lee & Braziel, L.L.P. | 1700 Lincoln Street, Suite 4650 |
| 1801 N. Lamar Street, Suite 325 | Denver, CO  80203 |
| Dallas, Texas  75202 | (303) 764-6800 phone |
| (214) 749-1400 phone | (303) 831-9246 fax |
| (214) 749-1010 fax | austin.smith@ogletreedeakins.com |
| www.overtimelawyer.com | david.zwisler@ogletreedeakins.com |
| | michelle.muhleisen@ogetreedeakins.com |
| | **ATTORNEYS FOR DEFENDANT** |
| **JACK SIEGEL** | |
| *Co-Attorney in Charge* | |
| Texas Bar No. 24070621 | |
| Siegel Law Group PLLC | |
| 2820 McKinnon, Suite 5009 | |
| Dallas, TX 75201 | |
| P: 214-790-4454 | |
| Jack@siegellawgroup.biz | |

---

[1] Defense Counsel Michelle Muhlheisen approved the content of this filing, but failed to sign the document. Plaintiffs signed for Ms. Mulheisen based on her 5:05 p.m. email on November 30, 2017 indicating the following: "I'm assuming since we haven't heard anything, you guys are fine with the changes and are filing today." Plaintiffs have made no substantive changes to this document, but merely changed the font in order to comply with the Court's May 30, 2017 Order. *See* ECF 119.  While the Court indicated that Plaintiffs could not use footnotes in the Order, Plaintiffs needed to explain this predicament and found this to be the best manner to convey this information to the Court. Plaintiff, however, has double-spaced this footnote in an act of precaution to best attempt to comply with the Court's order regarding font/style.

**Brian D. Gonzales**
*Co-Attorney in Charge*
THE LAW OFFICES OF BRIAN D. GONZALES, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, Colorado 80528
Telephone: (970) 214-0562
BGonzales@ColoradoWageLaw.com

**ATTORNEYS FOR PLAINTIFF**